```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02607-HWV
Troy L. Johns                                                       Chapter 13
Chantilly L. Johns
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: MMchugh              Page 1 of 2              Date Rcvd: Jul 17, 2019
                               Form ID: ntnew341          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db/jdb         +Troy L. Johns,    Chantilly L. Johns,    8380 Harper Drive,    Waynesboro, PA 17268-8474
5211454        +Bestbuy/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
5211456        +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
5211457        +Cmre. 877-572-7555,    3075 E Imperial Hwy,    Brea, CA 92821-6733
5211459        +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
5221212         Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
5211461        +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211470        +Patriot Federal Cred,    800 Wayne Ave,    Chambersburg, PA 17201-3810
5211471        +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
5218801        +UGI Utilities, Inc.,    PO Box 15503,    Wilmington, DE 19850-5503
5218802        +Washington Twnshp Municipal Authori,    11102 Buchanan Trail East,    Waynesboro, PA 17268-8523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 19:25:44
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5211453        +E-mail/Text: bsimmons@amsher Jul 17 2019 19:20:05       Amsher Collection Svcs,
                 4524 Southlake Pkwy Ste,    Hoover, AL 35244-3271
5211455        +E-mail/Text: nestar@acsiwest.com Jul 17 2019 19:20:10       Bonded Business Servic,   Pob 9017,
                 Boulder, CO 80301-9017
5211465         E-mail/Text: BankruptcyNotices@aafes.com Jul 17 2019 19:19:34        Military Star,
                 3911 S Walton Walker Blv,    Dallas, TX 75236
5211460        +E-mail/Text: bncnotices@becket-lee.com Jul 17 2019 19:20:12        Conns Appliances Inc,
                 3295 College St,    Beaumont, TX 77701-4611
5221878         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 19:25:17       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5211468        +E-mail/Text: collections@ontapcu.org Jul 17 2019 19:20:12        On Tap Credit Union,
                 816 Washington Ave,    Golden, CO 80401-1095
5211472        +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:24:36       Syncb/value City Furni,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
5211623        +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 19:25:08       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5216054         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2019 19:36:39       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5211466          no name on CR Liability
5211467          no name on CR Liability
5211458*       +Cmre. 877-572-7555,    3075 E Imperial Hwy,    Brea, CA 92821-6733
5211462*       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211463*       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211464*       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211469*       +On Tap Credit Union,    816 Washington Ave,    Golden, CO 80401-1095
                                                                                   TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Mark A. Buterbaugh   on behalf of Debtor 1 Troy L. Johns Mooneybkecf@gmail.com, buterbaughmr61895@notify.bestcase.com
          Mark A. Buterbaugh   on behalf of Debtor 2 Chantilly L. Johns Mooneybkecf@gmail.com, buterbaughmr61895@notify.bestcase.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                  TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Troy L. Johns,

    **Debtor 1**

Chantilly L. Johns,

    **Debtor 2**

Chapter 13

Case No. 1:19−bk−02607−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 15, 2019<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 17, 2019 |

ntnew341 (04/18)