```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                   Case No. 19-02607-HWV
Troy L. Johns                                            Chapter 13
Chantilly L. Johns
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: MMchugh           Page 1 of 2         Date Rcvd: Aug 02, 2019
                            Form ID: pdf010         Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.

```
db/jdb         +Troy L. Johns,   Chantilly L. Johns,   8380 Harper Drive,   Waynesboro, PA 17268-8474
5211454        +Bestbuy/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
5211456        +Chrysler Capital,   Po Box 961275,   Fort Worth, TX 76161-0275
5211457        +Cmre. 877-572-7555,   3075 E Imperial Hwy,   Brea, CA 92821-6733
5211459        +Comenitycb/myplacerwds,   Po Box 182120,   Columbus, OH 43218-2120
5221212         Conn Appliances, Inc.,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern PA 19355-0702
5211461        +Fed Loan Servicing,   Pob 60610,   Harrisburg, PA 17106-0610
5211470        +Patriot Federal Cred,   800 Wayne Ave,   Chambersburg, PA 17201-3810
5229393        +RoundPoint Mortgage Servicing Corporation,   5016 Parkway Plaza Blvd Buildings 6 & 8,
                 Charlotte, NJ 28217-1932
5211471        +Roundpoint Mortgage,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
5218801        +UGI Utilities, Inc.,   PO Box 15503,   Wilmington, DE 19850-5503
5218802        +Washington Twnshp Municipal Authori,   11102 Buchanan Trail East,   Waynesboro, PA 17268-8523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2019 19:12:53
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5211453        +E-mail/Text: bsimmons@amsher.com Aug 02 2019 19:11:35      Amsher Collection Svcs,
                 4524 Southlake Pkwy Ste,   Hoover, AL 35244-3271
5211455        +E-mail/Text: nestar@acsiwest.com Aug 02 2019 19:11:37      Bonded Business Servic,   Pob 9017,
                 Boulder, CO 80301-9017
5211465         E-mail/Text: BankruptcyNotices@aafes.com Aug 02 2019 19:11:24      Military Star,
                 3911 S Walton Walker Blv,   Dallas, TX 75236
5211460        +E-mail/Text: bncnotices@becket-lee.com Aug 02 2019 19:11:39      Conns Appliances Inc,
                 3295 College St,   Beaumont, TX 77701-4611
5221878         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2019 19:12:54      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5211468        +E-mail/Text: collections@ontapcu.org Aug 02 2019 19:11:39      On Tap Credit Union,
                 816 Washington Ave,   Golden, CO 80401-1095
5211472        +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 19:13:10      Syncb/value City Furni,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
5211623        +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 19:12:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5216054         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2019 19:13:10      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5211466         no name on CR Liability
5211467         no name on CR Liability
5211458*       +Cmre. 877-572-7555,   3075 E Imperial Hwy,   Brea, CA 92821-6733
5211462*       +Fed Loan Servicing,   Pob 60610,   Harrisburg, PA 17106-0610
5211463*       +Fed Loan Servicing,   Pob 60610,   Harrisburg, PA 17106-0610
5211464*       +Fed Loan Servicing,   Pob 60610,   Harrisburg, PA 17106-0610
5211469*       +On Tap Credit Union,   816 Washington Ave,   Golden, CO 80401-1095
                                                                                 TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: MMchugh              Page 2 of 2              Date Rcvd: Aug 02, 2019
                               Form ID: pdf010            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Mark A. Buterbaugh    on behalf of Debtor 1 Troy L. Johns Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              Mark A. Buterbaugh    on behalf of Debtor 2 Chantilly L. Johns Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Troy L. Johns | | | |
|---|---|---|---|
| | Debtor 1 | Chapter: | 13 |
| | | Case No.: | 1:19-bk-02607-HWV |
| Chantilly L. Johns | Debtor 2 | | |

### ORDER DISMISSING CASE

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: August 2, 2019

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18