# LOCAL BANKRUPTCY FORM 1007-1(c)

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re     **Troy L. Johns**
       **Chantilly L. Johns**                                Case No.    **1:19-bk-02607**

                                         Debtor(s)         Chapter     **13**

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Troy L. Johns__ , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐     I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐     I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑     My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐     I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐     I did not receive payment advices due to factors other than those listed above. (Please explain) __

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:    **July 29, 2019**                             **/s/ Troy L. Johns**
                                                       **Troy L. Johns**
                                                       Debtor

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Troy L. Johns**
  **Chantilly L. Johns** _____    Case No.   **1:19-bk-02607**

                                             Debtor(s)        Chapter    **13**

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Chantilly L. Johns__, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☑   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I did not receive payment advices due to factors other than those listed above. (Please explain) __

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:   **July 29, 2019** _____        /s/ Chantilly L. Johns _____
                                                    **Chantilly L. Johns**
                                                    Joint Debtor