```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-02607-HWV
Troy L. Johns                                                       Chapter 13
Chantilly L. Johns
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh                 Page 1 of 2           Date Rcvd: Aug 22, 2019
                             Form ID: pdf010               Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
```
db/jdb        +Troy L. Johns,    Chantilly L. Johns,    8380 Harper Drive,   Waynesboro, PA 17268-8474
5211454       +Bestbuy/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
5211456       +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
5211457       +Cmre. 877-572-7555,    3075 E Imperial Hwy,    Brea, CA 92821-6733
5211459       +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
5221212        Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
5211461       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211470       +Patriot Federal Cred,    800 Wayne Ave,    Chambersburg, PA 17201-3810
5229393       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6 & 8,
                Charlotte, NJ 28217-1932
5211471       +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
5218801       +UGI Utilities, Inc.,    PO Box 15503,   Wilmington, DE 19850-5503
5218802       +Washington Twnshp Municipal Authori,    11102 Buchanan Trail East,    Waynesboro, PA 17268-8523
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2019 19:47:18
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5211453       +E-mail/Text: bsimmons@amsher.com Aug 22 2019 19:21:45      Amsher Collection Svcs,
                4524 Southlake Pkwy Ste,    Hoover, AL 35244-3271
5211455       +E-mail/Text: nestar@acsiwest.com Aug 22 2019 19:21:50      Bonded Business Servic,   Pob 9017,
                Boulder, CO 80301-9017
5211465        E-mail/Text: BankruptcyNotices@aafes.com Aug 22 2019 19:21:23      Military Star,
                3911 S Walton Walker Blv,    Dallas, TX 75236
5211460       +E-mail/Text: bncnotices@becket-lee.com Aug 22 2019 19:21:54      Conns Appliances Inc,
                3295 College St,    Beaumont, TX 77701-4611
5221878        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2019 19:33:41      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5211468       +E-mail/Text: collections@ontapcu.org Aug 22 2019 19:21:53      On Tap Credit Union,
                816 Washington Ave,    Golden, CO 80401-1095
5211472       +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 19:22:52      Syncb/value City Furni,
                C/o Po Box 965036,    Orlando, FL 32896-0001
5211623       +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2019 19:22:53      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5216054        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2019 19:33:39      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    PO Box 248848,   Oklahoma City, OK 73124-8848
5232931        E-mail/Text: bkrcy@ugi.com Aug 22 2019 19:21:48      UGI Utilities, Inc.,   P.O. Box 13009,
                Reading, PA 19612
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5211466         no name on CR Liability
5211467         no name on CR Liability
5211458*      +Cmre. 877-572-7555,    3075 E Imperial Hwy,   Brea, CA 92821-6733
5211462*      +Fed Loan Servicing,    Pob 60610,   Harrisburg, PA 17106-0610
5211463*      +Fed Loan Servicing,    Pob 60610,   Harrisburg, PA 17106-0610
5211464*      +Fed Loan Servicing,    Pob 60610,   Harrisburg, PA 17106-0610
5211469*      +On Tap Credit Union,    816 Washington Ave,   Golden, CO 80401-1095
                                                                                  TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          Mark A. Buterbaugh    on behalf of Debtor 1 Troy L. Johns Mooneybkecf@gmail.com,
           buterbaughmr61895@notify.bestcase.com
          Mark A. Buterbaugh    on behalf of Debtor 2 Chantilly L. Johns Mooneybkecf@gmail.com,
           buterbaughmr61895@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Troy L. Johns  CASE NO.: 1:19-02607
      Chantilly L. Johns  CHAPTER 13
          Debtors

### ORDER ON DEBTOR'S MOTION TO REINSTATE

UPON CONSIDERATION of Debtors Motion to Reinstate the case, the Court, after reviewing the pleadings and record, directs the Debtor's Chapter 13 case is re-instated. Furthermore, the Automatic Stay provisions remain in full force and effect unless and until this Court orders otherwise.

Dated: August 22, 2019      By the Court,

                                                    Henry W. Van Eck, Bankruptcy Judge (JH)