```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-02607-HWV
Troy L. Johns                                                   Chapter 13
Chantilly L. Johns
        Debtors             CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh              Page 1 of 2           Date Rcvd: Sep 30, 2019
                               Form ID: ntcnfhrg          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
```
db/jdb         +Troy L. Johns,    Chantilly L. Johns,    8380 Harper Drive,    Waynesboro, PA 17268-8474
cr             +Patriot Federal Credit Union,    c/o Markian R. Slobodian, Esq.,    801 North Second Street,
                 Harrisburg, PA 17102-3213
5211454        +Bestbuy/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
5211456        +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
5211457        +Cmre. 877-572-7555,    3075 E Imperial Hwy,    Brea, CA 92821-6733
5211459        +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
5221212         Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
5211461        +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211470        +Patriot Federal Cred,    800 Wayne Ave,    Chambersburg, PA 17201-3810
5229393        +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6 & 8,
                 Charlotte, NJ 28217-1932
5211471        +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
5243637         U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
5218801        +UGI Utilities, Inc.,    PO Box 15503,    Wilmington, DE 19850-5503
5218802        +Washington Twnshp Municipal Authori,    11102 Buchanan Trail East,    Waynesboro, PA 17268-8523
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2019 19:43:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5211453        +E-mail/Text: bsimmons@amsher.com Sep 30 2019 19:41:21      Amsher Collection Svcs,
                 4524 Southlake Pkwy Ste,    Hoover, AL 35244-3271
5211455        +E-mail/Text: nestar@acsiwest.com Sep 30 2019 19:41:29      Bonded Business Servic,    Pob 9017,
                 Boulder, CO 80301-9017
5211465         E-mail/Text: BankruptcyNotices@aafes.com Sep 30 2019 19:40:34      Military Star,
                 3911 S Walton Walker Blv,    Dallas, TX 75236
5211460        +E-mail/Text: bncnotices@becket-lee.com Sep 30 2019 19:41:33      Conns Appliances Inc,
                 3295 College St,    Beaumont, TX 77701-4611
5221878         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2019 19:42:53       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5211468        +E-mail/Text: collections@ontapcu.org Sep 30 2019 19:41:33      On Tap Credit Union,
                 816 Washington Ave,    Golden, CO 80401-1095
5211472        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:06      Syncb/value City Furni,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
5211623        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2019 19:43:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5216054         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2019 19:43:40       T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
5232931         E-mail/Text: bkrcy@ugi.com Sep 30 2019 19:41:26      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5211466         no name on CR Liability
5211467         no name on CR Liability
5211458*       +Cmre. 877-572-7555,    3075 E Imperial Hwy,    Brea, CA 92821-6733
5211462*       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211463*       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211464*       +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
5211469*       +On Tap Credit Union,    816 Washington Ave,    Golden, CO 80401-1095
5243639*        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
                                                                                 TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
    Mark A. Buterbaugh   on behalf of Debtor 1 Troy L. Johns Mooneybkecf@gmail.com, buterbaughmr61895@notify.bestcase.com
    Mark A. Buterbaugh   on behalf of Debtor 2 Chantilly L. Johns Mooneybkecf@gmail.com, buterbaughmr61895@notify.bestcase.com
    Markian R Slobodian   on behalf of Creditor   Patriot Federal Credit Union law.ms@usa.net
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Troy L. Johns,

**Debtor 1**

Chantilly L. Johns,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–02607–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 30, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 6, 2019  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737  (717) 901–2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 30, 2019 |

ntcnfhrg (03/18)