In re:                                                                          Case No. 19-02607-HWV

Troy L. Johns                                                                   Chapter 13

Chantilly L. Johns

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                     Page 1 of 2

Date Rcvd: Dec 23, 2020                     Form ID: trc                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

**Recip ID              Recipient Name and Address**
5229393             +  RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6 & 8, Charlotte, NJ 28217-1932

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

**Name                          Email Address**

Charles J DeHart, III (Trustee)

                              TWecf@pamd13trustee.com

James Warmbrodt

                              on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

Mark A. Buterbaugh

                              on behalf of Debtor 1 Troy L. Johns Mooneybkecf@gmail.com  buterbaughmr61895@notify.bestcase.com

Mark A. Buterbaugh

                              on behalf of Debtor 2 Chantilly L. Johns Mooneybkecf@gmail.com  buterbaughmr61895@notify.bestcase.com

Markian R Slobodian

                              on behalf of Creditor Patriot Federal Credit Union law.ms@usa.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-02607-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Troy L. Johns
8380 Harper Drive
Waynesboro PA 17268

Chantilly L. Johns
8380 Harper Drive
Waynesboro PA 17268

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6 & 8, Charlotte, NJ 28217

Name and Address of Transferee:

Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/25/20

Terrence S. Miller
**CLERK OF THE COURT**