UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TROY L. JOHNS and : CHAPTER 13
CHANTILLY L. JOHNS :
    Debtor(s) :
    :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
    :
    vs. :
    :
TROY L. JOHNS and :
CHANTILLY L. JOHNS :
    Respondent(s) : CASE NO. 1-19-bk-02607

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
FIFTH AMENDED CHAPTER 13 PLAN

AND NOW, this 5th day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about December 9, 2021 be withdrawn as all issues have been resolved.

    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 5th day of January, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Nicholas Platt, Esquire
230 York Street
Hanover, PA 27331

    /s/Deborah A. Behney
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee