IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>CHANTILLY L JOHNS and TROY L JOHNS<br><br>Freedom Mortgage Corporation,<br>　　Movant<br><br>vs.<br><br>CHANTILLY L JOHNS and TROY L JOHNS,<br>　　Debtor | Case No. 1:19-bk-02607-HWV<br>Chapter 13 |

**WITHDRAWAL OF OBJECTION TO MOTION TO MODIFY AND AMENDED PLAN**

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO MOTION TO MODIFY AND AMENDED PLAN filed January 3, 2022, Document Number 72.

　　　　　　　　　　　　　　　　　　　　*/s/ Mario Hanyon*
　　　　　　　　　　　　　　　　　　　　Mario Hanyon
　　　　　　　　　　　　　　　　　　　　(Bar No. 203993)
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　302 Fellowship Road, Ste 130
　　　　　　　　　　　　　　　　　　　　Mount Laurel, NJ 08054
　　　　　　　　　　　　　　　　　　　　Telephone:  844-856-6646 x4560
　　　　　　　　　　　　　　　　　　　　Facsimile:  704-369-0760
　　　　　　　　　　　　　　　　　　　　E-Mail:  pabkr@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>CHANTILLY L JOHNS and TROY L JOHNS<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>CHANTILLY L JOHNS and TROY L JOHNS,<br>    Debtor | Case No. 1:19-bk-02607-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection To Motion to Modify and Amended Plan has been electronically served or mailed, postage prepaid on February 8, 2022 to the following:

CHANTILLY L JOHNS
8380 HARPER DR
WAYNESBORO, PA 17268-8474

TROY L JOHNS
8380 HARPER DR
WAYNESBORO, PA 17268-8474

Nicholas Platt, Esq., Debtor's Attorney
230 York Street
Hanover, PA 17331
ngp@gmail.com

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee , US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

February 8, 2022

                        */s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com