UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TROY L. JOHNS
CHANTILLY L. JOHNS  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-02607-HWV

TROY L. JOHNS
CHANTILLY L. JOHNS

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on January 9, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 9, 2023, the Debtor(s) is/are $26,340.40 in arrears with a plan payment having last been made on Aug 15, 2022

In accordance with said stipulation, the case may be dismissed

Dated: January 9, 2023

Respectfully Submitted,
/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TROY L. JOHNS
CHANTILLY L. JOHNS      CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant      CASE NO: 1-19-02607-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 9, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| NICHOLAS G PLATT, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER, PA 17331- | SERVED ELECTRONICALLY |
| TROY L. JOHNS<br>CHANTILLY L. JOHNS<br>8380 HARPER DRIVE<br>WAYNESBORO, PA 17268 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com