United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Troy L. Johns  
Chantilly L. Johns  
    Debtors

Case No. 19-02607-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 11, 2023     Form ID: pdf010     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Troy L. Johns, Chantilly L. Johns, 8380 Harper Drive, Waynesboro, PA 17268-8474 |
| cr | + | Patriot Federal Credit Union, c/o Markian R. Slobodian, Esq., 801 North Second Street, Harrisburg, PA 17102-3213 |
| cr | + | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5211461 | #+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 5211470 | + | Patriot Federal Cred, 800 Wayne Ave, Chambersburg, PA 17201-3810 |
| 5243637 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5218801 | + | UGI Utilities, Inc., PO Box 15503, Wilmington, DE 19850-5503 |
| 5218802 | + | Washington Twnshp Municipal Authori, 11102 Buchanan Trail East, Waynesboro, PA 17268-8523 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2023 18:49:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5211453 | + | Email/Text: bsimmons@amsher.com | Jan 11 2023 18:42:00 | Amsher Collection Svcs, 4524 Southlake Pkwy Ste, Hoover, AL 35244-3270 |
| 5211454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 18:49:48 | Bestbuy/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5211455 | + | Email/Text: nestar@acsiwest.com | Jan 11 2023 18:42:00 | Bonded Business Servic, Pob 9017, Boulder, CO 80301-9017 |
| 5211457 | | Email/Text: EBN_Brea@meduitrcm.com | Jan 11 2023 18:42:00 | Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821 |
| 5211456 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 18:42:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 5211459 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 18:42:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 5221212 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 18:49:48 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5211460 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 18:49:44 | Conns Appliances Inc, 3295 College St, Beaumont, TX 77701-4611 |
| 5381185 | | Email/Text: Bankruptcy@Freedommortgage.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5381186 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 11 2023 18:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| | | | Jan 11 2023 18:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5221878 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 18:49:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5211465 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 11 2023 18:42:00 | Military Star, 3911 S Walton Walker Blv, Dallas, TX 75236-1509 |
| 5211468 | + | Email/Text: collections@ontapcu.org | Jan 11 2023 18:42:00 | On Tap Credit Union, 816 Washington Ave, Golden, CO 80401-1095 |
| 5229393 | ^ | MEBN | Jan 11 2023 18:39:16 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6 & 8, Charlotte, NJ 28217-1932 |
| 5282701 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 18:42:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5211472 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 18:49:51 | Syncb/value City Furni, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5211623 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 18:49:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5216054 | | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2023 18:49:47 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5232931 | | Email/Text: bkrcy@ugi.com | Jan 11 2023 18:42:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5474964 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 11 2023 18:42:00 | US Bank National Association, not in its, indv. capacity but solely as trustee, for RMTP Trust, Series 2021 Cottage-TT-V, Rushmore Loan Management Services, 15480 Laguna Canyon Rd. - Suite 100, Irvine, CA 92618-2132 |
| 5474957 | + | Email/Text: flyersprod.inbound@axisai.com | Jan 11 2023 18:42:00 | US Bank National Association, not in its, indv. capacity but solely as trustee, for RMTP Trust, Series 2021 Cottage-TT-V, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5211466 | | no name on CR Liability |
| 5211467 | | no name on CR Liability |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5211458 | *P++ | CMRE FINANCIAL SERVICES INC, 3075 E IMPERIAL HWY STE 200, BREA CA 92821-6753, address filed with court:, Cmre. 877-572-7555, 3075 E Imperial Hwy, Brea, CA 92821 |
| 5211462 | *+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 5211463 | *+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 5211464 | *+ | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 5211469 | *+ | On Tap Credit Union, 816 Washington Ave, Golden, CO 80401-1095 |
| 5243639 | * | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5474965 | *+ | US Bank National Association, not in its, indv. capacity but solely as trustee, for RMTP Trust, Series 2021 Cottage-TT-V, Rushmore Loan Management Services, 15480 Laguna Canyon Rd. - Suite 100, Irvine, CA 92618-2132 |
| 5211471 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: pdf010 | Total Noticed: 30 |

TOTAL: 2 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:**

**Name** **Email Address**

Jack N Zaharopoulos
> TWecf@pamd13trustee.com

James Warmbrodt
> on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

Lauren Marie Moyer
> on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Mario J. Hanyon
> on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mark A. Buterbaugh
> on behalf of Debtor 1 Troy L. Johns Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com

Mark A. Buterbaugh
> on behalf of Debtor 2 Chantilly L. Johns Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com

Markian R Slobodian
> on behalf of Creditor Patriot Federal Credit Union law.ms@usa.net

Nicholas G. Platt
> on behalf of Debtor 1 Troy L. Johns ngp@mooney4law.com plattnr61895@notify.bestcase.com

Nicholas G. Platt
> on behalf of Debtor 2 Chantilly L. Johns ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee
> ustpregion03.ha.ecf@usdoj.gov

William E. Craig
> on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Troy L. Johns

                      Debtor 1

Chantilly L. Johns

                      Debtor 2

Jack N Zaharopoulos Chapter 13 Trustee

    vs.                 Movant(s)

Troy L. Johns
Chantilly L. Johns

                      Respondent(s)

Chapter: 13
Case No.: 1:19-bk-02607-HWV

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Doc. 87, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 45, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 11, 2023